HUDSON TRANSIT CORPORATION, A CORPORATION, PROSECUTOR, v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY, RESPONDENT.

Submitted January 18, 1937—Decided April 27, 1937.

Before Justices PARKER, LLOYD and DONGES.

For the prosecutor, *Ellenstein & O'Brien.*

For the respondent, *John A. Bernhard.*

PER CURIAM.

The respondent, the board of public utility commissioners of New Jersey, having requested the return of the record in this proceeding in order that it might rescind its action heretofore taken, and no objection being made thereto, the record is accordingly returned. If no action shall be taken by the board within twenty days, the record may again be forwarded to this court for the determination of the issues involved in the proceeding herein pending at this time.